# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1024

Lance Shockley

Appellant

v.

Travis Crews

Appellee

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-02520-SRC)

___

**ORDER**

Appellant is directed to file a reply to the response in opposition to the motion to recall the mandate. Appellant may have until September 15, 2025, to file the reply.

September 08, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Susan E. Bindler